# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **SOLOMON STANLEY, Individually,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 1:24-cv-04117-SCJ** |
| | : | |
| **FQSR, LLC** | : | |
| **A Domestic Limited Liability Company** | : | |
| | : | |
| **Defendant.** | : | |
| _____ / | | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Solomon Stanley and Defendant FQSR, LLC submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This matter has been resolved and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 2nd day of December, 2024.

*/s/ Pete M. Monismith*                          */s/ James Hux*

| | |
|---|---|
| Pete M. Monismith, Esq. <br> GA Bar 941228 <br> Pete M. Monismith, P.C. <br> 3945 Forbes Ave., #175 <br> Pittsburgh, PA 15213 <br> ph. (724) 610-1881 <br> pete@monismithlaw.com <br> **Attorney for Plaintiff** | James Hux <br> GA Bar 567320 <br> Fisher & Phillips LLP <br> 10 South Wacker Drive \| Suite 3450 \| <br> Chicago, IL 60606 <br> (312) 580-7809 <br> jhux@fisherphillips.com <br> **Attorney for Defendant** |